Filed in Scotts Bluff District Court
*** EFILED ***
Case Number: D21CI170000574
Transaction ID: 0005894894
Filing Date: 10/12/2017 09:37:14 AM MDT

## IN THE DISTRICT COURT OF SCOTTS BLUFF COUNTY, NEBRASKA

| | |
|---|---|
| KCAS, LLC, a Wyoming Limited Liability Company,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>NASH-FINCH CO., a Delaware Limited Liability Company,<br><br>　　　　　　　　　　　Defendant. | Case No. _____<br><br>**COMPLAINT** |

　　　　Plaintiff for its cause of action against the Defendant states and alleges as follows:

　　　　1.　　Plaintiff is a limited liability company organized and existing under the laws of the State of Wyoming.

　　　　2.　　Defendant is a Delaware limited liability company.

　　　　3.　　At all relevant times Defendant owned and operated a gas station and convenience store located at 121 W. 27th Street, Scottsbluff, Scotts Bluff County, Nebraska.

　　　　4.　　At all relevant times the real estate upon which the convenience store operated was owned by ABSRM Investor, LLC.

　　　　5.　　Between August of 2014 and January of 2015 Plaintiff and Defendant engaged in negotiation for the purchase of personal property assets owned by Defendant and which were located and/or utilized at the convenience store and a sublease for the property owned ABSRM Investor, LLC.

　　　　6.　　During the course of the negotiation Defendant agreed to sublease the real estate to Plaintiff for $1,856.45 per month.

　　　　7.　　Plaintiff and Defendant agreed that Plaintiff would purchase the assets, equipment and inventory located at the convenience store for $2,500.00 plus the value of inventory on the day of closing.

　　　　8.　　Closing the transaction between Plaintiff and Defendant was to occur in the last two weeks of February, 2015.

**EXHIBIT A**

9. Plaintiff provided all information and met all prerequisites required by Defendant for completion and execution of the agreements entered into between Plaintiff and Defendant.

10. On June 17, 2015, Defendant, through its agent informed Plaintiff that Defendant intended to go "in a different direction".

## FIRST CAUSE OF ACTION

11. Plaintiff incorporations 1 through 10 above as if fully set forth herein.

12. Defendant breached its agreement to sublease the convenience store to Plaintiff.

13. As a direct and proximate result of Defendant's breach Plaintiff has been damaged in an amount equal to the anticipated revenue which could have been generated by Plaintiff for the sale of fuel and merchandise less the cost of operation of the business. Based upon Plaintiff's years of experience in the industry Plaintiff's net profit per month would have been approximately $17,000 to $20,000 per month.

## SECOND CAUSE OF ACTION

14. Plaintiff incorporates 1 through 13 as if fully set forth herein.

15. Defendant breached the asset purchase agreement entered into between Plaintiff and Defendant. As a direct and proximate result of Defendant's breach Plaintiff has been damaged in an amount to be proven at trial but no less than $150,000.00.

**WHEREFORE,** Plaintiff prays for judgment against the Defendant in an amount to be proven at trial on Plaintiff's first cause of action and for an amount to be proven at trial on Plaintiff's second cause of action, for costs of this action and attorney fees as allowed by law.

DATED: October 12, 2017.

**KCAS, LLC, Plaintiff**

By: */s/ Andrew W. Snyder*
Andrew W. Snyder, NSBA #20611
CHALOUPKA, HOLYOKE, SNYDER,
CHALOUPKA & LONGORIA, PC, LLO
1714 Second Avenue
Post Office Box 2424
Scottsbluff, NE 69361
Telephone: (308) 635-5000
Facsimile: (308) 635-8000
E-mail: aws@chhsclaw.net

Filed in Scotts Bluff District Court
*** EFILED ***
Case Number: D21CI170000574
Transaction ID: 0005894894
Filing Date: 10/12/2017 09:37:14 AM MDT

# IN THE DISTRICT COURT OF SCOTTS BLUFF COUNTY, NEBRASKA

| | |
|---|---|
| **KCAS, LLC, a Wyoming Limited Liability Company**,<br><br>Plaintiffs,<br><br>vs.<br><br>**NASH-FINCH COMPANY., a Delaware Limited Liability Company**,<br><br>Defendant. | Case No. _____<br><br>**PRAECIPE** |

TO THE CLERK OF THE COURT:

Please prepare summons as follows:

NAME AND ADDRESS OF
PARTY TO BE SERVED:                              MANNER OF SERVICE:

NASH-FINCH COMPANY                               Personal
c/o CSC-LAWYERS INCORPORATION SERVICE
SUITE 1900
233 SOUTH 13TH STREET
LINCOLN, NE 68508

Please issue a Summons for service by U.S. Certified Mail.  Please attach a copy of the Complaint to the Summons.

**KCAS, LLC, Plaintiff**

By: */s/ Andrew W. Snyder*
Andrew W. Snyder, NSBA #20611
CHALOUPKA, HOLYOKE, SNYDER,
CHALOUPKA & LONGORIA, PC, LLO
1714 Second Avenue
Post Office Box 2424
Scottsbluff, NE 69361
Telephone:  (308) 635-5000
Facsimile:  (308) 635-8000
E-mail:  aws@chhsclaw.net

```
Image ID:                    ┌─────────────────────────────────┐
D00070122D21                 │          SUMMONS                │    Doc. No.    70122
                             └─────────────────────────────────┘
```

IN THE DISTRICT COURT OF Scotts Bluff COUNTY, NEBRASKA
Scotts Bluff County Courthouse
P.O. Box 47
Gering                    NE 69341 0047


KCAS, LLC v. Nash-Finch Co.
                                                        Case ID: CI 17      574


TO:   Nash-Finch Co.

                                                        **FILED BY**
                                                        Clerk of the Scotts Bluff District Court
                                                        10/12/2017

You have been sued by the following plaintiff(s):

      KCAS, LLC




Plaintiff's Attorney:   Andrew Snyder
Address:                1714 Second Avenue
                        P.O. Box 2424
                        Scottsbluff, NE 69363-2424
Telephone:              (308) 635-5000

A copy of the complaint/petition is attached. To defend this lawsuit, an
appropriate response must be served on the parties and filed with the office of
the clerk of the court within 30 days of service of the complaint/petition. If
you fail to respond, the court may enter judgment for the relief demanded in the
complaint/petition.

Date:  OCTOBER 12, 2017      BY THE COURT:    /s/ Darla Simpson
                                              Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

      Nash-Finch Co.
      Suite 1900
      233 South 13th Street
      Lincoln, NE 68508

Method of service:  Certified Mail

You are directed to make such service within ten days after the date of issue,
and file with the court clerk proof of service within ten days after the signed
receipt is received or is available electronically, whichever occurs first.

| | **SERVICE RETURN** | Doc. No.  70122 |
|---|---|---|

SCOTTS BLUFF DISTRICT COURT
Scotts Bluff County Courthouse
P.O. Box 47
Gering          NE 69341 0047

To:
Case ID: CI 17     574 KCAS, LLC v. Nash-Finch Co.

Received this Summons on _____,_____. I hereby certify that on _____, _____ at _____ o'clock __M. I served copies of the Summons upon the party: _____

by _____

_____

_____

as required by Nebraska state law.

Service and return     $ _____

Copy                     _____

Mileage ____miles        _____

   TOTAL            $ _____

Date: _____  BY: _____
                                  (Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _____

At the following address: _____

_____

_____

on the _____ day of _____ _____, as required by Nebraska state law.

_____

Postage $ _____   Attorney for: _____

The return receipt for mailing to the party was signed on _____, _____.

To: Nash-Finch Co.                    From: Andrew Snyder
    Suite 1900                              1714 Second Avenue
    233 South 13th Street                   P.O. Box 2424
    Lincoln, NE 68508                       Scottsbluff, NE 69363-2424

**ATTACH RETURN RECEIPT & RETURN TO COURT**

Filed in Scotts Bluff District Court
*** EFILED ***
Case Number: D21CI170000574
Transaction ID: 0005957934
Filing Date: 10/25/2017 03:50:45 PM MDT

## SERVICE RETURN

SCOTTS BLUFF DISTRICT COURT
Scotts Bluff County Courthouse
P.O. Box 47
Gering            NE 69341 0047

To:
Case ID: CI 17     574   KCAS, LLC v. Nash-Finch Co.

I hereby certify that on ____ received copies of the Summons

**SENDER: COMPLETE THIS SECTION**
- Complete Items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Nash-Finch Co.
   Suite 1900
   233 South 13th Street
   Lincoln, NE 68508

   9590 9402 2390 6249 2879 45

2. Article Number (Transfer from service label)
   7016 1970 0000 6977 4000

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Beth Keene
C. Date of Delivery
D. Is delivery address different from Item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

(Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: Nash-Finch Co.

At the following address: Suite 1900, 233 South 13th Street
Lincoln, NE 68508

on the __12th__ day of __October__ __2017__, as required by Nebraska state law.

Postage $ __6.59__    Attorney for: __Plaintiff__

The return receipt for mailing to the party was signed on __October 16__, __2017__.

To: Nash-Finch Co.
    Suite 1900
    233 South 13th Street
    Lincoln, NE 68508

From: Andrew Snyder
      1714 Second Avenue
      P.O. Box 2424
      Scottsbluff, NE 69363-2424

**ATTACH RETURN RECEIPT & RETURN TO COURT**

# Certificate of Service

I hereby certify that on Wednesday, October 25, 2017 I provided a true and correct copy of the Return-Summons/Alias Summons to the following:

Nash-Finch Co. service method: No Service

Signature: /s/ Snyder,Andrew,W, (Bar Number: 20611)