# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KCAS, LLC, a Wyoming Limited Liability Company;<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>NASH FINCH COMPANY, a Delaware Limited Liability Company;<br><br>　　　　　　　　Defendant. | 8:17CV439<br><br>AMENDED ORDER SETTING FINAL SCHEDULE FOR PROGRESSION OF CASE |

This matter comes before the Court on the Motion to Continue Certain Dates in Scheduling Order (Filing No. 26) filed by Defendant. Although the Plaintiff does not consent to the motion, after review of the motion, the Court nevertheless finds good cause to grant the requested extensions. Accordingly,

**IT IS ORDERED:** Defendant's Motion to Continue Certain Dates in Scheduling Order (Filing No. 26) is granted, and following deadlines in the Order Setting Final Schedule for Progression of Case (Filing No. 21) are amended:

　　　　1.　　**Motions to Dismiss and Motions for Summary Judgment.** Motions to Dismiss and/or Motions for summary judgment shall be filed not later than **November 5, 2018**. *See* NECivR 56.1 and NECivR 7.1.

　　　　2.　　**Deposition Deadline.** All depositions, whether or not they are intended to be used at trial, shall be completed by **October 5, 2018**.

　　　　3.　　**Motions in limine** challenging the admissibility of expert testimony at trial under Fed. R. Evid. 702, *see Kumho Tire Co., Ltd. v. Carmichael*, 526 U.S. 137 (1999), and *Daubert v. Merrell-Dow Pharmaceuticals*, 509 U.S. 579 (1993), shall be filed by **November 5, 2018**, and accompanied by a request for a hearing if necessary. Failure to timely move for a hearing may constitute waiver of the request for a hearing.

　　Dated this 30th day of August, 2018.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　s/ Michael D. Nelson
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge