# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KCAS, LLC, a Wyoming Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>NASH FINCH COMPANY, a Delaware Limited Liability Company,<br><br>Defendant. | 8:17CV439<br><br>**ORDER<br>TO SHOW CAUSE** |

This matter is before the Court on defendant Nash Finch Company's ("Nash Finch") Motion for Summary Judgment (Filing No. 28). Nash Finch removed this matter to this Court (Filing No. 1) on November 14, 2017, alleging diversity jurisdiction under 28 U.S.C. §§ 1332(a) and 1441. While plaintiff KCAS, LLC ("KCAS") did not challenge removal, Nash Finch has failed to clarify its citizenship.

To establish diversity jurisdiction under 28 U.S.C. § 1332(a), the parties must identify the citizenship of each member of any limited liability company. *See GMAC Commercial Credit LLC v. Dillard Dep't Stores, Inc.*, 357 F.3d 827, 829 (8th Cir. 2004). Here, KCAS, a Wyoming limited liability company, identified that its sole member Kuldip Singh is a citizen of Nebraska (Filing No. 11). Though Nash Finch identified that it is a Delaware limited liability company, it failed to identify its members and their states of citizenship (Filing No. 3).

In light of the foregoing, Nash Finch shall have seven business days to show cause why this action should not be remanded to state court for lack of jurisdiction. Failure to respond to this Show Cause Order may result in the Court disposing of this case without further notice.

IT IS SO ORDERED.

Dated this 12th day of December 2018.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge